In the Matter of the Claim of HANNAH BENTLEY, Respondent, against R. HOE & COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1928; decided October 16, 1928 )

*Clarence B. Tippett* for appellants.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

CHARLES SCHAEFER, JR., et al., as Executors of CHARLES SCHAEFER, Deceased, Doing Business under the Firm Name of CHAS. SCHAEFER & SON, Respondents, *v.* BELARMINA ALVAREZ et al., Copartners under the Firm Name of B. ALVAREZ & SON, Appellants.

(Submitted October 8, 1928; decided October 16, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 249 N. Y. 117.)